UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | No. 2:13-00001 |
| --- | --- | --- |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| [1] TIMOTHY POWELL | ) | 21 U.S.C. § 841(a)(1) |
|    a/k/a "TIMBO" | ) | 21 U.S.C. § 846 |
|    (Count One) | ) | |
| | ) | |
| [2] TERESA DIANNE POWELL | ) | |
|    a/k/a "TESS" | ) | |
|    (Counts One, Two, Three, Four) | ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

Dated: 2/20/13