UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:13-cr-00001 |
| v. ) | |
| ) | CHIEF JUDGE HAYNES |
| TIMOTHY POWELL ) | |

**MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S FIRST DISCOVERY MOTION AND MOTION TO TRANSFER OF CASE**

*[handwritten notation: This motion is GRANTED. 12-2-13]*

On November 6, 2013, Defendant Timothy Powell filed his First Motion to Transfer. (Docket Entry ("D.E.") 42, Def's Mot. 42). On November 12, 2013, Defendant filed his First Motion for Discovery and Exculpatory Evidence. (D.E. 43). The Government's response to Defendant's First Motion to Transfer was due to the Court on November 16, 2013. The Government's response to Defendant's First Discovery Motion is due today. The Government is seeking until Wednesday, December 4, 2013, to respond to both motions. In explanation for its motion, the Government states the following:

The Government was not aware that Defendant had filed a motion to transfer until today. As a result, the Government is seeking additional time to respond adequately to Defendant's claims. In addition, the undersigned has been out of town to four different cities, in four different states, and four different time zones in the past week on issues unrelated to the instant case. Further, Defendant's request for additional discovery will require assembling the discovery in United States v. Hedgecoth, which according to the prosecutor formerly assigned to Hedgecoth, Defendant did not want because it involved a six-month long wiretap.

The Government is seeking additional time to assemble a thorough response to