# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:13-cr-00001 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| TIMOTHY POWELL and | ) | |
| TERESA DIANNE POWELL | ) | |

## ORDER

Any plea agreement in this action shall be consummated by **12:00 p.m., Monday, May 12, 2014**, and the Courtroom Deputy so notified. Any plea agreement shall be heard at **1:30 p.m., Monday, May 12, 2014** in the United States Courthouse in Nashville, Tennessee. If the defendant does not intend to enter a plea at the initial date designated, **counsel for the defendant shall notify the Court at least three (3) days in advance to assist in the Court's calendar**. No plea agreement will be entertained unless it is in compliance with this Order. If there is a plea agreement, the United States shall submit a summary of the elements of offense(s) to which the Defendant is pleading guilty by **12:00 p.m., Monday, May 12, 2014**.

Absent a guilty plea or motion to continue the trial filed in accordance with this Order, counsel for the parties shall appear on **Monday, Monday, May 12, 2014 at 1:30 p.m.**, to discuss trial issues, including compliance with Local Rules on discovery and any major pretrial issues.

**The Court's staff is not authorized to entertain any telephonic requests for a continuance or extension of any deadlines in this Order, Notice or set by a Local Rule of Court. Such a request shall be considered only upon a motion made in open court or by a written motion of a party or joint motion of the parties.**

It is so **ORDERED**.

ENTERED this the 24th day of March, 2014.

                                          WILLIAM J. HAYNES, JR.
                                          Chief United States District Judge