IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No.: 2:13-00001 |
| ) | CHIEF JUDGE HAYNES |
| TIMOTHY POWELL, ) | |
| Defendant. ) | |

**MOTION TO ADVANCE DATE TO ENTER PLEA**

On March 24, 2014, this Court set May 12, 2014, as the date for the entry of any plea in this matter. Defendant Timothy Powell has determined that it is in his interest to enter a plea of guilty in this matter pursuant to Federal Rule of Criminal Procedure 11(a)(1) without having reached an agreement with the government. Having made this decision, Mr. Powell requests that this court advance the date for the entry of his plea to Monday, March 31, 2014, before 11:00 AM or after 3:30 PM, or, in the alternative, any time on Friday, April 11, 2014.

Counsel for Mr. Powell has consulted with Assistant United States Attorney Blanche Cook, counsel for the United States, who has approved the above dates and times.

s/ Donald E. Dawson

Donald E. Dawson, BPR #10723
1703 Cedar Lane
Nashville, TN 37212
Ph.: (615) 943-8816
Fax: (615) 297-6005
Email: don.dawson47@gmail.com

Counsel for Timothy Powell

*[Handwritten judge's notation, partially legible: "GRANTED. This motion is granted. The hearing is set for April 11, 2014 at 1:30 pm." with signature and date "3-27-14"]*